IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMES W. CHANEY, JR.                                                                                PLAINTIFF

V.                                          CASE NO.: 5:14-CV-5352

SHERIFF KELLEY CRADDUCK; SERGEANT
COGBILL; LIEUTENANT J. MARTINEZ;
LIEUTENANT DEVOR; DR. ROBERTO SAEZ,
Southern Health Partners; NURSE AMBER
GOFF, Southern Health Partners; JOHN DOE
DEPUTY; CATERING BY MARLINS d/b/a CBM
Managed Services; and NURSE TYRANNY RAY                             DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 41) filed in this case on September 1, 2015, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Separate Defendants' (Nurse Amber Goff, Nurse Tyranny Ray, and Roberto Saez, M.D.) Motion to Dismiss (Doc. 15) is **GRANTED** and the official capacity claims against the Separate Defendants are **DISMISSED.** The case will proceed against the Separate Defendants in their individual capacities.

IT IS SO ORDERED on this 9th day of October, 2015.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE