IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMES W. CHANEY, JR.                                                    PLAINTIFF

V.                              CASE NO. 5:14-CV-5352

SHERIFF KELLEY CRADDUCK; SERGEANT COGDILL;
LIEUTENANT J. MARTINEZ; LIEUTENANT DEVORE;
DR. ROBERTO SAEZ, Southern Health Partners;
NURSE AMBER GOFF, Southern Health Partners;
JOHN DOE DEPUTY; CATERING BY MARLINS d/b/a
CBM MANAGED SERVICES; and NURSE TYRANNY RAY          DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 61) filed in this case on July 19, 2016, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Specifically, (1) the Motion for Summary Judgment (Doc. 56) filed by the Benton County Defendants, Sheriff Cradduck, Sergeant Cogdill, Lieutenant Martinez, and Lieutenant Devore is **GRANTED** and the claims against them **DISMISSED WITH PREJUDICE**; (2) the Motion for Summary Judgment (Doc. 53) filed by the Medical Defendants, Dr. Roberto Saez, Nurse Amber Goff, and Nurse Tyranny Ray, is **DENIED**; and, (3) the Motion for Summary Judgment (Doc. 50) filed by Catering by Marlins (CBM) is **GRANTED** and the claims against it **DISMISSED WITH PREJUDICE**.

This leaves for later resolution the claims against the Medical Defendants.

**IT IS SO ORDERED** on this ____17th____ day of August, 2016.

                                         _____

                                         TIMOTHY L. BROOKS
                                         UNITED STATES DISTRICT JUDGE